**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**
www.flmb.uscourts.gov

In re:                                                                               Case No. 9:18-bk-03475-FMD
                                                                                             Chapter 13

Shaina Morgan Pleeter

        Debtor.
_____/

**TRUSTEE'S MOTION TO DISMISS FOR**
**FAILURE TO COMPLY WITH ORDER CONFIRMING PLAN**

> **A preliminary hearing in this case will be held on November 14, 2019 at 2:15 *pm* before the Honorable Caryl E. Delano, United States Bankruptcy Judge, in Courtroom E, Room 4-102, 2110 First Street, Ft. Myers, Florida to consider and act upon this matter.**

      COMES NOW, JON M. WAAGE, the Chapter 13 Standing Trustee, hereby moves for the entry of an Order of Dismissal, without prejudice, and in support thereof would state as follows:

      1.      The current Debtor's Petition for Relief under Chapter 13 of the Bankruptcy Code was filed on April 27, 2018.

      2.      On December 11, 2018 the Court entered an Order Confirming Debtor's Plan. The Order Confirming Plan provided in part that the Debtor must commit all tax returns and refunds to the Plan each year during the applicable plan period beginning with tax year 2018.

      3.      It appears as though the Debtor has failed to comply with the Order Confirming Plan to provide her 2018 federal income tax return and any refund she might have received. **Failure to turn over the return and any refund may result in a dismissal of your case for failure to comply with the Court Order.**

WHEREFORE, the Trustee respectfully requests that the Court enter an Order of Dismissal, without prejudice, together with such other and further relief as the Court deems just and proper.

/s/ Jon M. Waage
Jon M. Waage
Chapter 13 Standing Trustee
Post Office Box 25001
Bradenton, Florida 34206-5001
Phone:  (941) 747-4644
Fax:    (941) 750-9266

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Trustee's Motion to Dismiss was furnished electronically by CM/ECF services and/or by U.S. Mail to **Shaina Morgan Pleeter**, Debtor, 579 97th Ave. N., Naples, FL 34108 and **Jonathan Tolentino, Esquire**, Attorney for Debtor, 501 Goodlette Rd., Ste. D-100, Naples, FL 34102 this 25th day of October 2019.

/s/ Jon M. Waage
Jon M. Waage

JMW/sn