

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

02/13/2020 02:15 PM

COURTROOM Room 4-102

HONORABLE CARYL DELANO

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 9:18-bk-03475-FMD | 13 | 04/27/2018 |

Chapter 13

**DEBTOR:**       Shaina Pleeter

**DEBTOR ATTY:**  Jonathan Tolentino

**TRUSTEE:**      Jon Waage

**HEARING:**

Continued Motion to Dismiss Case for Failure to Comply with Order Confirming Plan. Filed by Jon Waage on behalf of Trustee Jon Waage (related document(s)<a href=`https://ecf.flmb.uscourts.gov/doc1/046075806287`>21</a>). (Waage, Jon) Doc #24

**APPEARANCES::** Kimberly McInty,re Jonathan Tolentino

**WITNESSES:**

**EVIDENCE:**

**RULING:**
Continued Motion to Dismiss Case for Failure to Comply with Order Confirming Plan. Filed by Jon Waage on behalf of Trustee Jon Waage (related document(s)<a href=`https://ecf.flmb.uscourts.gov/doc1/046075806287`>21</a>). (Waage, Jon) Doc #24 - Withdrawn in Open Court by the Trustee
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.